# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ADRIANA BARBIERI,<br><br>*Plaintiff*,<br>v.<br><br>METROPOLIS TENNESSEE LLC D/B/A METROPOLIS TECHNOLOGIES, INC.,<br>*Defendant*. | CASE NO. 0:25-cv-61780-AHS |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Metropolis Technologies, Inc. in the above captioned action, certifies that it is a privately held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Date: September 4, 2025

Respectfully submitted,

/s/ Bret R. Vallacher
Bret R. Vallacher
FL Bar No. 1011122
MASSEY & GAIL LLP
1000 Maine Ave SW, Suite 450
Washington, D.C. 20024
(202) 780-0351 (telephone)
(312) 379-0467 (facsimile)
bvallacher@masseygail.com

Suyash Agrawal (*pro hac vice* forthcoming)
Christopher Walling (*pro hac vice* forthcoming)
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
(312) 283-1590 (telephone)
(312) 379-0467 (facsimile)
sagrawal@masseygail.com
cwalling@masseygail.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing document to be served upon Plaintiff at the address set forth below via regular mail and email on this 4th day of September, 2025:

>Talal Rashid, Esq.
>Victor Zabaleta, Esq.
>Patti Zabaleta Law Group
>110 SE 6th Street, 17th Floor
>Fort Lauderdale, FL 33309
>Talal@pzlg.legal
>Victor@pzlg.legal
>
>*Attorneys for Plaintiff*
>
>/s/ *Bret R. Vallacher*
>Bret R. Vallacher