UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-61780-CIV-SINGHAL

ADRIANA BARBIERI *et al.*, **CONSOLIDATED ACTION**

Plaintiffs,

v.

METROPOLIS TECHNOLOGIES, INC.,

Defendant.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to Reschedule Hearing (the "**Motion**"). (DE [40]). Having considered the Motion, the docket, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Court **CONGRATULATES** attorney Christopher Walling on his growing family;

2. The Motion (DE [40]) is **GRANTED**; and

3. The in-person hearing currently scheduled for September 2, 2026, at 1:00 PM is **CONTINUED** to **Wednesday, September 23, 2026,** at **1:30 PM** at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF